# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO CIVIL    :  NO. 605

                                        :

PROCEDURAL RULES COMMITTEE  :  CIVIL PROCEDURAL RULES DOCKET

## **O R D E R**

**PER CURIAM:**

AND NOW, this 1st day of August, 2014, Joseph R. Podraza, Jr., Esquire, Philadelphia, is hereby appointed as a member of the Civil Procedural Rules Committee for a term expiring June 30, 2017.